IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-00124-FL

PRECISION BIOSCIENCES, INC., )
)
    Plaintiff, )
)
v. )
)
CELLECTIS SA, CELLECTIS )
BIORESEARCH and CELLECTIS )
BIORESEARCH INC., )
)
    Defendants. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

    Precision BioSciences, Inc.  , who is     Plaintiff    ,
(Name of Party)     (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes     (**X**) No

2. Does party have any parent corporations?

    ( ) Yes     (**X**) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes        (**X**) No

If yes, identify all such owners:

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

        ( ) Yes        (**X**) No

If yes, identify entity and nature of interest:

5.      Is party a trade association?

        ( ) Yes        (**X**) No

6.      If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:   **N/A**

This the 13th day of March, 2012.

        /s/ Robert J. Morris
        Robert J. Morris
        N.C. State Bar No. 15981
        jmorris@smithlaw.com
        SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
        2500 Wachovia Capitol Center
        Post Office Box 2611
        Raleigh, North Carolina 27602-2611
        Telephone: (919) 821-1220
        Facsimile: (919) 821-6800

        Attorneys for Plaintiff
        Precision BioSciences, Inc.

OF COUNSEL:

E. Anthony Figg
efigg@rfem.com
Sharon E. Crane, Ph.D.
scrane@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031